IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANE MICHAEL EDDOWES [AS-2134] | : | CIVIL ACTION |
| v. | : | |
| BEN VARNER, et al. | : | NO. 02-4733 |

AMENDED
**O R D E R**

AND NOW, this 5th day of August, 2002, upon consideration of Relator's Petition for a Writ of Habeas Corpus, IT IS ORDERED that:

1. The District Attorney of Philadelphia, Pennsylvania is added as a party respondent and the caption is hereby so amended.

2. The District Attorney shall file specific and detailed answers within twenty (20) days from the date of this Order pursuant to Rule 5, 28 U.S.C. fol. § 2254.

3. The Clerk of the Quarter Sessions Court of Philadelphia County shall file with the Clerk of the this Court copies of ALL RECORDS, INCLUDING transcripts of Notes of Testimony at Arraignment, Trial, Sentencing, Suppression Hearings, Post Conviction Hearings, Petitions, Pleadings, Opinions and Briefs of State Court proceedings in the matter of <u>Commonwealth v. Shane Michael Eddowes (PP#675965)</u>, Court of Common Pleas of Philadelphia County, No. **1747 of 1987** within twenty (20) days of the date of this order.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE