CIVIL ACTION NO. 02-4733
EDDOWES V. VARNER
PROOF OF RECEIPT OF STATE
COURT RECORDS BY CLERK OF
QUARTER SESSIONS - PHILA

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Clerk of Quarter Sessions
Suite 310
1301 Filbert St
Phila PA 19107

02-4733

4a. Article Number
7099 3400 0012 3949 5025

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
6-7-05

5. Received By: (Print Name)
C. DAVIS

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X C. Davis

PS Form 3811, December 1994          Domestic Return Receipt